# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:22−cv−02916−CEH−TGW

| | |
|---|---|
| Pinellas County, Florida v. McKinsey and Company, Inc. | Date Filed: 12/22/2022 |
| Assigned to: Judge Charlene Edwards Honeywell | Date Terminated: 01/18/2023 |
| Referred to: Magistrate Judge Thomas G. Wilson | Jury Demand: Plaintiff |
| Cause: 18:1961 Racketeering (RICO) Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Pinellas County, Florida**  represented by  **Anthony J. Majestro**
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P−1200
Charleston, WV 25301
304−346−2889
Fax: 304−346−2895
*ATTORNEY TO BE NOTICED*

**Christine C. Mansour**
Baron & Buss, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
214−521−3605
Fax: 214−520−1181
*ATTORNEY TO BE NOTICED*

**J. Burton LeBlanc , IV**
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214−521−3605
Fax: 214−520−1181
*ATTORNEY TO BE NOTICED*

**James Lawrence Magazine**
Lucas | Magazine, PLLC
8606 Government Dr
New Port Richey, FL 34654
(727) 849−5353
Fax: (727) 845−7949
Email: jim@lucasmagazine.com
*ATTORNEY TO BE NOTICED*

**James C. Peterson**
HILL, PETERSON, CARPER,
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
304−345−5667

Fax: 304−345−1519
*ATTORNEY TO BE NOTICED*

**Mark P. Pifko**
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436
818−839−2333
*ATTORNEY TO BE NOTICED*

**Michael Jay Fuller , Jr.**
McHugh Fuller Law Group PLLC
97 Elias Whiddon Road
Hattiesburg, MS 39402−9731
601−261−2220
Fax: 601−261−2481
Email: mike@mchughfuller.com
*ATTORNEY TO BE NOTICED*

**Paul T. Farrell , Jr.**
GREENE, KETCHUM, FARRELL,
419 11th Street
Huntington, WV 25701
800−479−0053
Fax: 304−525−9115
*ATTORNEY TO BE NOTICED*

**Russell W. Budd**
Baron & Budd, PC
Suite 1100
3102 Oak Lawn Ave.
Dallas, TX 75219
214/521−3605
Email: rbudd@baronbudd.com
*ATTORNEY TO BE NOTICED*

**Peter James Mougey**
Levin Papantonio Rafferty
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850−435−7068
Email: pmougey@levinlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McKinsey and Company, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2022 | 1 | COMPLAINT against McKinsey and Company, Inc. with Jury Demand (Filing fee $402 receipt |

| | | |
|---|---|---|
| | | number AFLMDC–20334851) filed by Pinellas County, Florida. (Attachments: # 1 Civil Cover Sheet)(Mougey, Peter) (Entered: 12/22/2022) |
| 12/22/2022 | 2 | NEW CASE ASSIGNED to Judge Charlene Edwards Honeywell and Magistrate Judge Thomas G. Wilson. New case number: 8:22–cv–2916–CEH–TGW. (SJB) (Entered: 12/22/2022) |
| 12/22/2022 | 3 | **STANDING ORDER regarding discovery motions. Signed by Magistrate Judge Thomas G. Wilson on 12/22/2022. (ABC)** (Entered: 12/22/2022) |
| 12/23/2022 | 4 | NOTICE to Plaintiff counsel of Local Rule 2.02(a), which requires designation of one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action. File a **Notice of Lead Counsel Designation** to identify lead counsel. (Signed by Deputy Clerk). (KME) (Entered: 12/23/2022) |
| 12/23/2022 | 5 | NOTICE to counsel Anthony J. Majestro, Christine C. Mansour, J. Burton LeBlanc, IV, James C. Peterson, Mark P. Pifko, Paul T. Farrell, Jr. Local Rule 2.01(c), Special Admission of Non–Resident Lawyer – File a Motion to Appear Pro Hac Vice. Co–counsel with filing rights may electronically file the motion on behalf of the non–resident lawyer or the motion may be filed on paper; Pay the Special Admission Fee; Submit a Pro Hac Vice E–File Registration through PACER. Visit www.flmd.uscourts.gov/for–lawyers for details (Signed by Deputy Clerk). (KME) (Entered: 12/23/2022) |
| 12/26/2022 | 6 | NOTICE of Local Rule 1.07(c), Local Rule 3.02(a)(2), and Local Rule 3.03.<br><br>–**Local Rule 1.07(c)** requires lead counsel to *promptly* file a **Notice of a Related Action** that identifies and describes any related action pending in the Middle District or elsewhere.<br><br>–**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge.<br><br>–**Local Rule 3.03** requires each party to file a disclosure statement. Counsel must make their disclosures using the standard court form. The Disclosure Statement form can be found at www.flmd.uscourts.gov. (Signed by Deputy Clerk). (BGS) (Entered: 12/26/2022) |
| 12/26/2022 | 7 | NOTICE informing the parties that they may consent to the jurisdiction of a United States magistrate judge by filing Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge using the event **Consent to Jurisdiction of US Magistrate Judge**. (Signed by Deputy Clerk). (BGS) (Entered: 12/26/2022) |
| 01/18/2023 | 8 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern District of California. MDL case number: 2996. (JNB) (Entered: 01/18/2023) |